**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LARRY GENE BURKS,**                                                                 **PETITIONER**
**ADC #141354**

**v.**                                   **CASE NO. 4:18-CV-00891 BSM**

**STATE OF ARKANSAS**                                                          **RESPONDENT**

<u>**ORDER**</u>

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 6] is adopted, and Larry Burks's petition is dismissed. A certificate of appealability will not issue.

IT IS SO ORDERED this 6th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE