IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY GENE BURKS,**  PETITIONER
ADC #141354

v.  CASE NO. 4:18-CV-00891 BSM

**STATE OF ARKANSAS**  RESPONDENT

## ORDER

Consistent with the order entered today, Burks's petition for a writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED this 6th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE